UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                Chapter 11
                                                                          Case No. 14-70203-REG
DOLLAR STORAGE LLC, d/b/a 2 K&H            (Joint Administration)
LLC, *et al.*,

                      Debtors.
-------------------------------------------------------X

**ORDER SCHEDULING HEARING ON SHORTENED NOTICE OF DEBTORS'
MOTION SEEKING ENTRY OF ORDER AUTHORIZING THE DEBTORS'
EMPLOYMENT OF GA KEEN REALTY ADVISORS AS REAL ESTATE AND
BUSINESS BROKER**

Upon the motion (the "Motion") of the debtors and debtors in possession, Dollar Storage LLC, d/b/a 2 K&H LLC and Jul-Bet Enterprises LLC (collectively referred to herein as the "Debtors"), by their attorneys, LaMonica Herbst & Maniscalco, LLP, seeking the entry of an Order authorizing the Debtors to employ GA Keen Realty Advisors ("Keen") as a real estate and business broker; and based upon the facts and circumstances as set forth in the Motion, and pursuant to the affirmation of Debtors' counsel for the immediate need for the relief requested; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that a hearing on the Motion will be held before the Honorable Robert E. Grossman, United States Bankruptcy Judge at the United States Bankruptcy Court, Eastern District of New York, in Courtroom 860, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, NY 11722-9013 (the "Court") on _____ __, 2014 at __:00 _.m., (the "Hearing"), or as soon thereafter as counsel may be heard, to consider approval of the Motion on shortened notice and the entry of an Order granting the relief requested; and it is further

**ORDERED,** that on or before _____ __, 2014, the Debtors shall serve copies of this Order and the Motion (including all exhibits) on notice by overnight delivery or electronic mail to: (a) the Office of the United States Trustee; (b) Lemery Greisler, LLC, 50 Beaver Street,

Albany, New York 12207, Attn: Paul Levine, Esq., counsel for APC River Partners LLC, (c) the 20 largest unsecured creditors of the Debtors; and (d) any party having filed a notice of appearance in these cases; and it is further

**ORDERED,** that responsive papers, if any, to the Motion must be in writing, conform to the requirements of Title 11 of the United States Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of the Court, and be filed with the Court with a hard copy delivered directly to the Chambers of the Honorable Robert E. Grossman, United States Bankruptcy Judge, United States Bankruptcy Court, Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Central Islip, NY 11722, and be served upon: (a) counsel to the Debtors, LaMonica, Herbst & Maniscalco LLP, 3305 Jerusalem Avenue, Wantagh, NY 11793, Attn: Adam P. Wofse, Esq.; (b) Lemery Greisler, LLC, 50 Beaver Street, Albany, New York 12207, Attn: Paul Levine, Esq., counsel for APC River Partners LLC; (c) the Office of the United States Trustee, Eastern District of New York, Alfonse M. D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, New York 11722, and (d) all parties that have filed a notice of appearance in these cases, so that they are received no later than _____ \_\_\_, 2014 by \_\_:\_\_ \_.m.; and it is further

**ORDERED,** that proof of service in accordance with this Order shall be filed with the Clerk of the Court prior to the Hearing; and it is further